IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Alan Glenn, | Civil Action No: _____ |
| Plaintiff, | |
| v. | **DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| TIAA-CREF Individual & Institutional Services, LLC, | |
| Defendant. | |

Defendant Teachers Insurance and Annuity Association of America (incorrectly identified in the caption as "TIAA-CREF Individual & Institutional Services, LLC")[1] ("Defendant") answers the following Interrogatories pursuant to Local Rule 26.01, DSC:

(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:     Defendant is not aware of any such subrogation interests at this time.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:     Plaintiff has requested a jury trial.**

(C)     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten (10%) or more of the outstanding shares.

---

[1] The caption of Plaintiff's Complaint incorrectly identifies TIAA-CREF Individual & Institutional Services, LLC as the defendant. As TIAA-CREF Individual & Institutional Services, LLC did not employ Plaintiff, it is not a proper party to this lawsuit. Teachers Insurance and Annuity Association of America is the only entity which employed Plaintiff.

4856-9432-5100

**ANSWER:** **Defendant is not a publicly traded company.**

(D)  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01.

**ANSWER:** **Defendant asserts the appropriate division is the Charleston division because a substantial part of the events giving rise to the claims asserted in the lawsuit occurred in Charleston County, South Carolina.**

(E)  Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **Defendant is not aware of any related matters.**

(F)  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Not applicable.**

(G)  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

4856-9432-5100

**ANSWER:** The caption of Plaintiff's Complaint incorrectly identifies TIAA-CREF Individual & Institutional Services, LLC as the defendant. As TIAA-CREF Individual & Institutional Services, LLC did not employ Plaintiff, it is not a proper party to this lawsuit. Defendant Teachers Insurance and Annuity Association of America is the only entity which employed Plaintiff. Defendant Teachers Insurance and Annuity Association of America denies that it bears any liability to Plaintiff. At this time, Defendant Teachers Insurance and Annuity Association of America does not contend that some other person or legal entity is liable in whole or in part to Defendant Teachers Insurance and Annuity Association of America or Plaintiff.

Respectfully submitted,

s/ Jennifer K. Dunlap
Jennifer K. Dunlap (Fed. ID: 10110)
Email: jkdunlap@bakerdonelson.com
Grant M. Wills (Fed. ID: 13086)
Email: gwills@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
40 Calhoun Street, Suite 200B
Charleston, SC 29401
Phone: (854) 214-5911

ATTORNEYS FOR DEFENDANT

June 23, 2023
Charleston, South Carolina

4856-9432-5100